# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALES, ) | 1:07-cv-0007-OWW-TAG HC |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. ) | |
| KEN CLARK, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **February 6, 2007**                                         **/s/ Theresa A. Goldner**
**j6eb3d**                                                                   UNITED STATES MAGISTRATE JUDGE