# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| FRANK GONZALES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KEN CLARK, Warden,<br><br>　　　　　　　Defendants. | Civil No.　07-0007　RTB (POR)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO COMPLETE TRAVERSE**<br><br>**[Document No. 17]** |

On April 10, 2009, Petitioner Frank Gonzales, a state prisoner proceeding *pro se*, filed an ex parte application for extension of time to complete his traverse. (Doc. 17). Petitioner contends he has "worked diligently in drafting said traverse and continues to engage in research." Id. at 1. However, Petitioner requests a forty-five day extension to file his traverse. Id. at 2.

//
//
//
//
//

1 | Good cause appearing, the Court hereby GRANTS Petitioner's ex parte application for extension of time
2 | to complete his traverse. Petitioner may file his traverse on or before **May 22, 2009**.
3 | **IT IS SO ORDERED.**
4 | DATED: April 14, 2009

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Roger T. Benitez
all parties